280

Deed Record No. 79 *EXHIBIT A*

.36  848

Page & Mott Lumber Co.
to
Boise Lumber Co.

Instrument Number 30273.

This INDENTURE, Made this 10th day of May, 1910, between PAGE & MOTT LUMBER COMPANY, LIMITED, of Boise, Idaho, a corporation organized under the laws of the State of Idaho, party of the first part, and BOISE LUMBER COMPANY, LIMITED, a corporation organized under the laws of the State of Idaho and having Boise, Idaho, as its principal place of business, party of the second part:

WITNESSETH: That the said party of the first part having been first authorized so to do by its Board of Directors for and in consideration of the sum of one ($1.00) dollar, lawful money of the United States of America, paid by the party of the second part the receipt whereof is hereby acknowledged, has granted, bargained and sold and by these presents does grant, bargain, sell, convey and confirm unto the said party of the second part and to its successors and assigns forever all the following described real estate situated in Ada County, State of Idaho, to wit:

Beginning at the one-sixteenth (1/16) Corner Stone in the center of the Northwest Quarter (NW¼) of Section 13, Township 3 North, Range 2 East;

Thence running West on the North Line of Southwest Quarter (SW¼) of Northwest Quarter (NW¼) of said Section 525 feet; thence turning angle left of 129 degrees 58' or South 39 degrees 58' East 660 feet; thence angle left 3 degrees 10' or South 43 degrees 8' East 417½ feet; thence angle left 27 degrees 51' or South 70 degrees 59' East 197½ feet. Thence angle left 154 degrees 18' or North 45 degrees 17' West 458-2/10 feet to Cottonwood Stump:

Thence Easterly or North 44 degrees 43' East 18 feet to the West bank of Walling or Boise Canal; thence Northerly along the West bank of said canal 553-1/10 feet to the North line of Southeast Quarter (SE¼) of Northwest Quarter (NW¼) of Section 13; Thence West on the north line of said Southeast Quarter (SE¼) of Northwest Quarter (NW¼) of Section 13, 27 feet to the place of beginning. Also all that part of Lots 2 and 3 in Section 24, in Township 3 North Range 2 East, also all that part of Lot 3 in Section 19, in Township 3 North Range 3 East.

The above described pieces and parcels of land lies and is situated on the South and Southwest side of the Walling or Boise Irrigation Canal and the Boise River, beginning at or near the headgate of said canal and including the Goodwin Mill Pond above said headgate; thence running along the south side of said canal to a point opposite to where a nail is driven in a large rock on the Quarter (¼) line of said section twenty-four (24). Together with the saw mill, machinery and other fixtures and appurtenances thereon.

Also the perpetual right to use the said irrigation Canal (known as the Walling Ditch or Boise Irrigation Canal) and the waters flowing in and through the same, for saw-mill, power, saw-mill purposes and the floating and driving of saw logs and all kinds of logs, timber and wood through and in the same from the headgate thereof to the saw-mill, (known as the Goodwin saw-mill) and the right and privilege of enlarging,

# Exhibit A Ada County, Idaho

repairing and improving said canal from said saw-mill to the headgate thereof, together with such other and further rights and titles as may have been conveyed to the grantors herein by their grantors.

The grantees herein to keep said canal in good repair above said saw-mill to the headgate thereof, and not to impede the flow of water through the same.

TOGETHER with all and singular the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof and all estate, right, title and interest in and to the said property as well in law as in equity of the party of the first part.

TO HAVE AND TO HOLD all and singular the above mentioned and described premises together with the appurtenances unto the party of the second part and to its successors and assigns FOREVER, and the said party of the first part and its successors and assigns, the said premises in the quiet and peaceable possession of the said party of the second part, its successors and assigns against the said party of the first part and its successors and assigns, and against all and every person whomsoever lawfully claiming or to claim the same shall and will warrant and by these presents forever defend.

IN WITNESS WHEREOF, the said party of the first part by resolution of its Board of Directors, has hereunto caused its corporate name to be signed by its Vice President and attested by its Secretary, and its corporate seal to be affixed the day and year first above written.

(Corporate Seal)

PAGE & MOTT LUMBER COMPANY, LIMITED,

Attest:

By A. G. Marion Vice President.

T. A. Mott
Secretary.

STATE OF IDAHO,    )
                   ) SS.
COUNTY OF ADA.     )

On this 10th day of May, 1910, before me, PARIS MARTIN, a Notary Public in and for said county and state, personally appeared A. G. Marion and T. A. Mott known to me to be the Vice President and Secretary respectively of the corporation that executed the within instrument and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

P. Martin

Notary Public.

(SEAL)
My commission expires the
13th day of February, 1912.

Recorded at request of Paris Martin at 3:15 o'clock P.M., May 18, 1910. Fees, $1.20.

Recorder.

JUN-8 1910 O.K.