**EXHIBIT B**

7817914                    **DEED**

FOR VALUE RECEIVED, IDAHO LAND DEVELOPERS, INC.

a corporation duly organized and existing under the laws of the State of Idaho, grantor, does hereby Grant, Bargain, Sell and Convey unto CITY OF BOISE             373  1289

whose current address is 150 North Capital Blvd., Boise, Idaho   83702
grantee, the following described real estate, to-wit:

A parcel of land lying between the Southwesterly side of the Oregon Short Line Railroad and the Northeasterly side of the Boise River, and being situated in Lot 1 of Section 24, T.3N., R.2E., B.M., and a portion of the SW¼ of the SE¼ of Section 13, T.3N., R.2E., B.M., Ada County, Idaho, and being more particularly described as follows:

Commencing at the Northeast corner of Lot 2 of Section 13, T.3N., R.2E., B.M.; thence Southerly 1,153 feet more or less along the North-South centerline of said Section 13, to a point on the Southwesterly right-of-way line of the O.S.L. Railroad, which point is the REAL POINT OF BEGINNING;

Thence Southeasterly 1,740 feet more or less, along the Southwesterly right-of-way line of the O.S.L. Railroad to a point on the Southerly boundary line of said Lot 1;

Thence Westerly 31 feet more or less along the Southerly boundary line of said Lot 1 to a point on U. S. Government Survey Boise River Meander Line;

Thence along the following courses, and distances along the U. S. Government Survey Boise River Meander Line as recorded in U.S.G.L.O. survey notes for the survey of T.3N.,R.2E., Boise River Meander Lines, with bearings rotated and adjusted as follows:
   N33°04'38" W, 55 feet, more or less;
   N36°19'38" W, 363 feet;
   N21°49'38" W, 660 feet;
   N28°34'38" W, 231 feet;
   N46°34'38" W, 231 feet; to a point on the Section lien common to Sections 13 & 24;
   N72°34'38" W, 88 feet, more or less, to a point on the North-South centerline of Section 13;
Thence Northerly 141 feet, more or less, along the North-South centerline of Section 13 to the REAL POINT OF BEGINNING;
Grantor reserves the right to all mineral, gas, oil and geothermal resources.
Comprising 2.5 Acres.

TO HAVE AND TO HOLD The said premises, with their appurtenances unto the said Grantee its successors   heirs and assigns forever.

IN WITNESS WHEREOF, The Grantor, pursuant to a resolution of its Board of Directors has caused its corporate name to be hereunto subscribed by its President and its corporate seal to be affixed by its Secretary this _7th_ day of March, 1978

By _____  IDAHO LAND DEVELOPERS, INC.
                                  PRESIDENT.

ATTEST: _____
                                  SECRETARY.

STATE OF IDAHO        } ss.
COUNTY OF Ada
On this _7th_ day of _March_ in the year 1978, before me, a Notary Public in and for said State, personally appeared _Douglas L. Bell_ known to me to be the _____ secretary of the corporation that executed the within instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.
_Patricia L. Nygaard_
Notary Public for the State of Idaho,
Residing at Boise, Idaho.

STATE OF IDAHO, COUNTY OF _Ada_
I Hereby Certify that this instrument was filed for record at the request of _Boise City_
at _34_ minutes past _9_ o'clock _P_ m., this _7th_ day of _April_
1978, in my office, and duly recorded in Book of Deeds at page
CLARENCE A. PLANTING
                                  Ex-Officio Recorder.
By _Lorraine Edwards_
                                  Deputy.
Fees $ /-
Mail to:

LAWYERS TITLE CO. of IDAHO