# RECORD OF SURVEY

PREPARED FOR BOISE CITY PARKS & RECREATION DEPARTMENT
LOCATED IN A PORTION OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF
SECTION 13 AND GOVERNMENT LOT 1 OF SECTION 24 T. 3N, R.2 E., B.M.

ROS# 11871

**Exhibit C**
**first in 2019**

### GRAPHIC SCALE
0   100   200
( IN FEET )
1 INCH = 100 FT.

### LEGEND

| Symbol | Description |
|---|---|
| ⊕ | FOUND BRASS CAP |
| ☒ | FOUND ALUMINUM CAP |
| ● | FOUND 5/8" REBAR AND CAP AS NOTED |
| • | FOUND 1/2" REBAR AND CAP AS NOTED |
| ○ | SET 1/2" REBAR WITH PLS 7876 CAP |
| —— | EXISTING PROPERTY LINE |
| — — | EASEMENT LINE |
| — — — | SECTION LINE |
| — · — | G.L.O. MEANDER LINE |
| (99.99') | RECORD DATA |

### RECORD DATA REFERENCES

RECORD OF SURVEY NUMBER 282
RECORD OF SURVEY NUMBER 283
RECORD OF SURVEY NUMBER 3886
RECORD OF SURVEY NUMBER 6702
GATE CITY SUBDIVISION, BOOK 113, PAGES 16664-16668
WARRANTY DEED INSTRUMENT NUMBER. 106031804
DEED INSTRUMENT NUMBER 7817914

### CERTIFICATE OF COUNTY RECORDER

STATE OF IDAHO } SS
COUNTY OF ADA }

I HEREBY CERTIFY THAT THIS RECORD OF SURVEY WAS FILED FOR RECORD AT THE REQUEST OF QUADRANT CONSULTING, INC.

AT __39__ MINUTES PAST __9__ O'CLOCK __A__.M., ON THIS __12th__ DAY OF __JUNE__ IN 2019.

AS INSTRUMENT NO. __2019-050174__

ADA COUNTY RECORDER

BY DEPUTY _____ Fee $5.00

### CERTIFICATE OF SURVEYOR

I, PETER W. LOUNSBURY, DO HEREBY CERTIFY THAT I AM A REGISTERED LAND SURVEYOR, LICENSED BY THE STATE OF IDAHO AND THAT THIS MAP REPRESENTS AN ACTUAL SURVEY MADE ON THE GROUND UNDER MY DIRECT SUPERVISION AND COMPLIES WITH ACCEPTED STANDARDS OF SURVEYING AND THAT THIS MAP IS AN ACCURATE REPRESENTATION OF SAID SURVEY.

PETER W. LOUNSBURY       IDAHO NO. 7876

### NARRATIVE

THE PURPOSE OF THIS SURVEY IS TO IDENTIFY THE AREA OF OWNERSHIP DESCRIBED IN A DEED RECORDED AS INSTRUMENT 7817914, RECORDED IN 1978. A DISCLAIMER PROCESS WITH THE IDAHO DEPARTMENT OF LANDS IS ALSO BEING UNDERTAKEN.

### SURVEY INDEX

321-13-2-3-0-00-00
321-24-1-4-0-00-00

Map features noted:
- GOVERNMENT LOT 2, SECTION 13
- 1868 G.L.O. MEANDER
- BOISE MUNICIPAL GOLF COURSE, ROS 3886
- CENTER COR. S. 13, CP&F 6142467
- BOISE CITY, 33.135 ACRES, DEED INST. 7817914
- E. WARM SPRINGS AVE.
- ADA COUNTY BIKE PATH PARCEL, WARRANTY DEED INST. 106031804, ROS 6702
- GOVERNMENT LOT 1, SECTION 24
- BOISE RIVER
- HIGH WATER LINE ESTABLISHED BY IDAHO DEPARTMENT OF LANDS PERSONNEL ON APRIL 19, 2019
- 1868 G.L.O. MEANDER

