

Exhibit D

S1013325405 2018