JAYME B. SULLIVAN
BOISE CITY ATTORNEY

SCOTT NEWBOULD, ISB #9495
Deputy City Attorney
CITY OF BOISE
OFFICE OF THE CITY ATTORNEY
P.O. Box 500
Boise, ID 83701-0500
Telephone: (208) 608-7950
E-mail: Legalservice@cityofboise.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER BURDGE,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF BOISE,<br><br>                  Defendant. | Case No. 1:25-cv-00371-AKB<br><br>**CITY OF BOISE'S MOTION TO DISMISS COMPLAINT** |

      **COMES NOW,** Defendant, City of Boise, by and through its counsel of record, Scott Newbould, pursuant to alternate theories under Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure, and hereby files this Motion to Dismiss the Complaint brought by Plaintiff Christopher Burdge against the City of Boise. This Motion is supported by the Memorandum in Support of the City of Boise's Motion Dismiss the Complaint filed contemporaneously herewith.

DATED this   30    day of July, 2025.

                                              OFFICE OF THE CITY ATTORNEY
                                              */s/ Scott Newbould*
                                              Scott Newbould, Deputy City Attorney
                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the _30__ day of July, 2025, I caused to be electronically filed of the foregoing with the Clerk of the Court using the CM/ECF system and served a true and correct copy of the foregoing on the following via US Mail:

 Christopher Burdge   auto457052@hushmail.com
 P.O. Box 625
 Boise, Idaho, 83707
 *Pro Se Plaintiff*

            */s/Scott Newbould*
            Scott Newbould, Deputy City Attorney
            Attorney for Defendant